UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| DOUGLAS G. DODSON, | ) |
| | ) Case No. 4:22-cv-35 |
| *Plaintiff*, | ) |
| | ) Judge Travis R. McDonough |
| v. | ) |
| | ) Magistrate Judge Christopher H. Steger |
| BEDFORD COUNTY JAIL | ) |
| and RONNIE PRINCE, | ) |
| | ) |
| *Defendants*. | ) |

## JUDGMENT ORDER

In accordance with the Memorandum and Order entered herewith, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** in its Memorandum and Order that any appeal from this action would not be taken in good faith and would be totally frivolous, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. 28 U.S.C. § 1915(a)(3); Fed. R. Civ. P. 24.

The Clerk is **DIRECTED** to close this case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
　s/ LeAnna R. Wilson
　CLERK OF COURT